**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **AON CORP. WAGE & HOUR EMPLOYMENT PRACTICES LITIGATION** | ) ) ) ) ) ) ) ) ) Case No. 08 CV 5802<br><br>Honorable Judge Charles P. Kocoras<br><br>Magistrate Judge Susan E. Cox |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT,
SETTLEMENT CLASS CERTIFICATION AND FAIRNESS HEARING**

The parties jointly move to certify a Settlement Class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, and an FLSA Collective Action Class for purposes of settlement pursuant to Section 216(b). The parties also move for preliminary approval of the following: Joint Stipulation of Settlement and Release (hereinafter "Settlement Agreement") (attached to Memorandum in Support as Exhibit D); approval of the Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing (attached to Memorandum in Support as Exhibit B) and Notice of Proposed Settlement of Collective Action Lawsuit and Fairness Hearing, with Releases (attached to Memorandum in Support as Exhibit C) (collectively "the Class Notices"); the plan for distribution of the Class Notices as detailed in Joint Stipulation of Settlement and Release seeking permission to disseminate Class Notice; and approving other provisions in the Settlement Agreement. This motion is unopposed, as based upon the Joint Stipulation of Settlement and Release. In addition, Plaintiffs move this Court to order that all

objections to the Settlement Agreement and all opt-outs be filed on or before July 11, 2011, and request the Court to schedule a Fairness Hearing for Final Approval on or after August 11, 2011.

Dated: May 9, 2011

                                            Respectfully submitted,

                                            *Electronically Filed 05/09/2011*

                                            By:  /s/ Steven Bennett Blau
                                                      One Of Plaintiffs' Attorney

                                            Steven Bennett Blau

                                            BLAU, BROWN & LEONARD LLC
                                            224 West 30th Street, Suite 809
                                            New York, NY 10001
                                            212-725-7272
                                            212-488-4848

                                            John W. Billhorn
                                            BILLHORN LAW FIRM
                                            120 South State Street, Suite 400
                                            Chicago, IL 60603