# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5802 | **DATE** | 5/12/2011 |
| **CASE TITLE** | In Re: Aon Corp. Wage & Hour Employment Practices Litigation | | |

**DOCKET ENTRY TEXT**

Enter Preliminary Approval of Proposed Settlement, Settlement Class Certification and Fairness Hearing.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|